```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROSA A. MESTECKY,
                    Plaintiff,

    -against-

NEW YORK CITY DEPARTMENT OF                    NOT FOR PUBLICATION
EDUCATION, DENNIS M. WALCOTT, in his           **MEMORANDUM & ORDER**
official capacity as Chancellor of the New York  13-CV-4302 (CBA) (VMS)
City Department of Education, MICHELE
LLOYD-BEY, individually and in her official
capacity as Superintendent of District 27, and
GARY FAIRWEATHER, individually and in his
official capacity as Principal of the PS/MS 43
School,
                    Defendants.
------------------------------------------------------------x
```

**AMON, United States District Judge:**

The Court has received the Report and Recommendation ("R&R") of the Honorable Vera M. Scanlon, United States Magistrate Judge, recommending that defendants be granted leave to file an untimely answer. (D.E. # 132.)

No party has objected to the R&R, and the time for doing so has passed. When deciding whether to adopt a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the R&R to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." Jarvis v. N. Am. Globex Fund, L.P., 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (internal quotation marks and citation omitted).

1

The Court has reviewed the record and, finding no clear error, adopts the well-reasoned R&R as the opinion of the Court. Defendants are directed to file their amended answer within one week of this Order.

SO ORDERED.

Dated: December 11, 2017
Brooklyn, New York

s/Carol Bagley Amon
Carol Bagley Amon
United States District Judge